NUMBER 13-02-089-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

RUBEN
VILLARREAL,                                                            Appellant,

 

                                                   v.

 

TEXAS WORKERS= COMPENSATION INSURANCE FUND,           Appellee.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 4

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Hinojosa and Yañez

                                       Opinion Per Curiam

 








Appellant, RUBEN
VILLARREAL, perfected an appeal from a judgment entered by the County
Court at Law No. 4 of Nueces County, Texas, in cause number 01-60762-4.  The clerk=s record was filed on February 4, 2002.  No
reporter=s record was filed.   Appellant=s brief was due on March 6, 2002. To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the
appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On April 10, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was
given ten days to explain why the cause should not be dismissed for failure to
file a brief.  To date, no response has
been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed

this the 2nd
day of May, 2002